UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TIFFANY M. MANOR, | ) | Civil Action No: 5:24-cv-01351-ML |
| *Plaintiff*, | ) | |
| | ) | Hon. Miroslav Lovric |
| vs. | ) | United States Magistrate Judge |
| | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| *Defendant*. | ) | Stipulation – Document Filed Electronically |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Commissioner will offer the claimant the opportunity for a new hearing, take further action to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Michelle A. King, | Tiffany M. Manor, |
| Acting Commissioner of | |
| Social Security, | |
| | |
| By Her Attorneys, | By Her Attorney, |
| | |
| Carla B. Freedman, | |
| United States Attorney | |
| | |
| */s/ Geoffrey M. Peters* | */s/  Amy Chadwick* |
| Geoffrey M. Peters | Amy Chadwick, Esq. |
| Special Assistant United States Attorney | Amdursky, Pelky Law Firm |
| NDNY Bar Roll No. 704027 | 26 East Oneida Street |
| Social Security Administration | Oswego, NY 13126 |
| 6401 Security Boulevard | Telephone: 315-343-6363 |
| Baltimore, MD 21235 | Email: achadwick@apfwlaw.com |
| (212) 264-1298 | |
| Geoffrey.Peters@ssa.gov | |

**SO ORDERED:**

_____
**HON. MIROSLAV LOVRIC
UNITED STATES DISTRICT COURT**

Dated: February 14, 2025